UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRECISION DRILLING COMPANY, LP,** | **CIVIL ACTION** |
| **Plaintiff,** | **No.** _____ |
| **vs.** | **JUDGE** _____ |
| **PLATER SANDS #1, LLC,** | **MAG. JUDGE** _____ |
| **Defendant.** | |

**COMPLAINT**

NOW COMES, PRECISION DRILLING COMPANY, LP, which brings this action against Defendant, PLATER SANDS #1, LLC, and avers as follows:

**PARTIES**

1.

Plaintiff PRECISION DRILLING COMPANY, LP ("Precision" or "Plaintiff") is a Texas partnership with its principal place of business located at 10350 Richmond Avenue, Suite 700, Houston, Texas, 77042. Its principal place of business in Louisiana is 333 Texas St, Suite No. 925 Shreveport, LA, 71101. All of its partners are diverse to Defendant in that Defendant is a Florida limited liability company.

2.

Defendant PLATER SANDS #1, LLC ("Plater" or "Defendant") is a limited liability company with its principal place of business located at 2020 Meeting Place, Apt. 201, Orlando, FL, 32814.

## JURISIDICTION AND VENUE

3.

This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the Defendant and Plaintiff and Defendant is subject to personal jurisdiction in Louisiana because it regularly conducts business in this state and it is duly registered with the Louisiana Secretary of State with its Louisiana domicile at 126 Heymann Blvd, Lafayette, LA, 70503. Defendant has a registered agent in Louisiana and is authorized to do business in this state. See Mallory v. Norfolk Southern Railway Co.,143 S. Ct. 2028 (2023). The amount in controversy exceeds $75,000.00.

4.

Venue is proper in the Middle District of Louisiana, pursuant to a choice of forum clause in paragraph 19 of the "DRILLING BID PROPOSAL AND DAYWORK DRILLING CONTRACT – U.S." ("Contract").

## FACTUAL ALLEGATIONS

5.

On or about February 22, 2022, the Parties entered into a "DRILLING BID PROPOSAL AND DAYWORK DRILLING CONTRACT – U.S." wherein Plater engaged Precision to provide drilling services in Lafourche Parish, Louisiana. The Contract required that Precision "shall be fully paid at the applicable rates of payment and assumes only the obligations and liabilities stated

[within the Contract]." (A true and correct copy of the executed Contract is attached hereto as **Exhibit "A"**).

6.

On or about March 8, 2022, the Parties agreed to amend the above-referenced Drilling Contract, in writing, by making the following changes to Contract #204501-840: (1) the commencement date changed from May 1, 2022 to April 14, 2022; (2) "Rig 840" was switched for "Rig 050;" (3) delete the rig inventory and layout for "Rig 840" and replace with a different rig inventory and layout for "Rig 050;" and (4) the Parties agreed that rates would increase for certain work. (A true and correct copy of the executed Amendment is attached hereto as **Exhibit "B"**).

7.

Specifically, the Rate increased as follows:

| 4. DAYWORK RATES: | |
|---|---|
| Subparagraph 4.1(a) Initial Mobilization: | *Delete* "$18,250" and *replace* with "**$19,500**" per twenty-four (24) hour day. |
| Subparagraph 4.2 Demobilization: | *Delete* "$18,250" and *replace* with "**$19,500**" per twenty-four (24) hour day. |
| Subparagraph 4.3 Operating Rate: | *Delete* "$19,750" and *replace* with "**$21,000**" per twenty-four (24) hour day. |

Page 3 –

| | |
|---|---|
| Subparagraph 4.5 Standby Time Rate: | *Delete* "$19,750" and *replace* with "**$21,000**" per twenty-four (24) hour day. |
| Subparagraph 4.7 Force Majeure Rate: | *Delete* "$19,750" and *replace* with "**$21,000**" per twenty-four (24) hour day. |

8.

On or about March 28, 2022, the Parties agreed to amend the above-referenced Contract, which included previous fully executed Amendment Letters. The Parties agreed as follows:

Notwithstanding payment terms in Paragraph 5 regarding the timing of payments:

1. **Contractor will not be obligated in any manner to perform the Contract until Operator has funded Contractor's account in the amount of $921,000.00 at least seven (7) days prior to rig move. If, however, the $921,000.00 is not deposited at least seven (7) days before commencement, then, pursuant to Subparagraph 32.6, Contractor has no obligations under the Contract and can terminate this Contract under Paragraph 6.3(c). Contractor will pay interest on the deposit of two percent (2%) from the date the funds are received until release of the rig.**

2. **If the amount of Operator's funds in Contractor's account reaches or is projected to fall below $50,000 and the rig has not been released, the Operator will wire-transfer additional funds to Contractor's account in the estimated amount required to finish Operations within three (3) days of the request from Contractor's Credit Department. If Operator fails to timely wire transfer additional funds as requested, then Contractor has the right to set a temporary plug at Operator's expense and to terminate the Contract with early termination rights.**

3. **As provided in Paragraph 4, Operator is responsible for payment of trucks and/or cranes directly to the contracted company.**

4. **If a balance is remaining after the payment of account, Contractor will refund the balance, less a reasonable withholding for third party charges to Operator.**

9.

According to the terms of the Contract along with the Amendment Letter, Plater was required to wire transfer additional funds in the estimated amount needed to finish operations within three (3) days of the request should the funds reach or be projected to fall below $50,000.00 and the rig had not been released.

10.

Requests for additional funding were made both verbally and in writing in September 2022, however, Plater failed to send additional funds in breach of its obligations according to the Contract. Precision demanded payment for the past due amount, in writing, on the following dates: September 30, 2022, October 3, 2022, October 13, 2022, and December 6, 2022. (True and correct copies of the written correspondence to Plater are attached hereto as **Exhibit "C,"** in globo).

11.

Under Paragraph 5.2 of the Contract, an accrual of interest of one (1%) percent or the maximum legal rate, whichever is less, per month from the due date until paid shall accrue. *See* **Exhibit "A"** at ¶ 5.2.

12.

Furthermore, under the Contract, Plater was required to notify Precision of any disputes with the invoice within fifteen (15) days after receipt of such invoice. Precision received no timely notification of any disputes or disagreement with the invoice.

13.

On May 2, 2022, a pre-payment in the amount of $921,000.00 was received in accordance with the Contract's payment terms along with four additional payments throughout the drilling process totaling $1,127,016.00, all of which were in the ordinary course of business between Plaintiff and Defendant.

14.

Payments received to date from Plater total $2,048,016.00 and invoices/credits total $2,399,079.29, leaving a balance due on the account in the amount of $351,063.28.

15.

On December 6, 2022, Precision contacted counsel for Plater, Daniel C. Hughes, Attorney at Law ("Mr. Hughes") regarding the past due balance on the subject account for the work performed as outlined in the Contract. Multiple messages were left for Mr. Hughes on the following dates: December 6, 2022, December 9, 2022, and January 4, 2023.

16.

Mr. Hughes, failed to respond to any of the aforementioned messages or contacts regarding

the outstanding balance of his client.

17.

On or about February 6, 2023, Precision sent additional written correspondence to Mr.

Hughes demanding payment of the past due amounts under the Contract. Attached as **Exhibit "D"**.

18.

To date, Precision has not received any partial or full payment of the past due amounts

from Defendant.

19.

As of the date of this filing, accrued interest for the remaining balance of $351,063.28 totals

$22,819.11. Legal or judicial interest in Louisiana for 2023 is 6.5%.

## BREACH OF CONTRACT

20.

Precision incorporates the preceding paragraphs of this Complaint as if fully set forth at

length herein.

21.

Precision and Plater entered into an "International Association Drilling Contractors'

DRILLING BID PROPOSAL AND DAYWORK DRILLING CONTRACT – U.S." contract, as

set forth in paragraphs 5 through 11.

22.

Precision fulfilled all of its obligations under the Contract by providing drilling services in

Lafourche Parish, Louisiana.

23.

Plater failed to send additional funds in breach of its obligations according to the Contract.

24.

Plater has acted without reasonable basis or justification and in breach of Contract. More specifically, Plater failed to make any full or partial payment of the outstanding balances and continues to owe an amount past due to Precision.

25.

Plater has failed to timely pay the sum amount of $351,063.28, plus interest.

26.

As a direct and proximate result of Plater's breach, Precision has been damaged by the loss of use of the funds owed to Precision by Defendant.

27.

As a direct and proximate result of Plater's breach, Precision has sustained additional pecuniary damages in the form of costs of court and attorney's fees that will be incurred in maintaining.

28.

Accordingly, Plater is liable to Precision for the following:

a. The remaining balance of $351,063.28 plus interest as provided by the Contract or such other rate as the Court deems appropriate;

b. Any and all costs of court and attorneys' fees as provided by paragraph 23 of the Contract; and

c. Any and all relief to which Plaintiff is entitled at law or equity as the Court deems appropriate.

**WHEREFORE**, Plaintiff respectfully request the relief as follows:

(1) That there be judgment herein favor of Precision and against Defendant, in the amount of $351,063.28, plus interest as provided by the Contract or determined by the Court, all costs of court, and attorney's fees as provided by the Contract; and

(2) For all general and equitable relief as the Court deems appropriate.


Dated:  August 17, 2023

THROUGH ITS ATTORNEYS
/s/ H. Kent Aguillard
H. KENT AGUILLARD (LA Bar No. 2354)
141 S. 6th Street
Eunice, LA 70535
Tel: 337-457-9331
Fax: 337-457-2917
kent@aguillardlaw.com

## VERIFICATION

I, Karen Bennett, Manager of Credit and Collections for Precision Drilling Corporation does hereby state that:

1. All of the allegations contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief;

2. All of the documents and exhibits attached hereto and filed herewith are true and correct copies.


*Karen Bennett*
_____
Karen Bennett
Manager, Credit and Collections
Precision Drilling Corporation